■ ROBERT H. LAWLER, as Assignee of CLINTON STATION RESTAURANT, INC., Appellant, v CLINTON STREET DEVELOPMENT PROPERTIES, INC., Respondent.—Order unanimously affirmed, with costs. Memorandum: Special Term properly dismissed the complaint for a declaratory judgment and injunctive relief. There was no showing of any necessity for such relief or that plaintiff's contractual rights, if any, could not be fully adjudicated in an

action at law (CPLR 3001; see *Walsh v Andorn,* 33 NY2d 503, 507; *James v Alderton Dock Yards,* 256 NY 298, 305; *Seaboard Sur. Co. v Massachusetts Bonding & Ins. Co.,* 42 Misc 2d 435, 436). (Appeal from order of Onondaga Supreme Court—declaratory judgment.) Present—Moule, J. P., Cardamone, Simons, Schnepp and Hancock, Jr., JJ.